U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MAJOR A. GREEN | CIVIL ACTION NO. 06-CV-2253 |
| VERSUS | JUDGE WALTER |
| MARVIN SEETS | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 26) is granted and Plaintiff's civil action is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 3rd day of April, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE